1  Kevin Fallon McCarthy (#011017)
2  Jacob W. Hippensteel (#032713)
   Michael D. Adams (#035190)
3  Michael.adams@mccarthylawyer.com
   McCarthy Law PLC
4  4250 N. Drinkwater Blvd., Ste. 320
   Scottsdale, Arizona 85251
5  Phone: 602-456-8900
   Fax: 602-218-4447
6  Attorneys for Plaintiff

7

8              UNITED STATES DISTRICT COURT
                  DISTRICT OF ARIZONA
9

| Rachelle Davis, | Case No.: 2:25-cv-00019-SHD |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |
| United States Department of Education; Equifax Information Services, LLC; TransUnion, LLC; and Experian Information Solutions, Inc. | |
| Defendants. | |

Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Equifax Information Services, LLC ("Equifax"). Plaintiff and Equifax are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days. Plaintiff's claims against the United States Department of Education remain pending.

Dated:  March 18, 2025

                              */s/ Michael D. Adams*
                              Michael D. Adams

McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Michael D. Adams*