Kevin Fallon McCarthy (#011017)
Jacob W. Hippensteel (#032713)
Michael D. Adams (#035190)
Michael.adams@mccarthylawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Rachelle Davis, <br><br> Plaintiff, <br><br> v. <br><br> United States Department of Education; Equifax Information Services, LLC; TransUnion, LLC; and Experian Information Solutions, Inc. <br><br> Defendants. | Case No.: 2:25-cv-00019-SHD <br><br> **NOTICE OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Experian Information Solutions, Inc. may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against the remaining Defendants remain pending.

Dated: March 20, 2025

                                                */s/ Michael D. Adams*
                                                Michael D. Adams
                                                McCarthy Law, PLC
                                                4250 North Drinkwater Blvd, Suite 320
                                                Scottsdale, AZ  85251
                                                Telephone: (602) 456-8900
                                                Fax: (602) 218-4447
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

*/s/ Michael D. Adams*